RECEIVED
MAR - 3 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| WILLIE J. GRIFFIN, JR.<br>BOP#04667-017 | CIVIL ACTION NO. 2:14-cv-823<br>SECTION P |
| VERSUS | JUDGE TRIMBLE |
| WARDEN FEDERAL CORRECTIONAL INSTITUTE OAKDAL A/K/A<br>C. MAIORANA | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

**ORDERED THAT** the Petition for Writ of *Habeas Corpus* be **DENIED** and **DISMISSED WITH PREJUDICE** because the Court lacks jurisdiction to consider these claims.

**THUS DONE AND SIGNED**, in chambers, Lake Charles, Louisiana, on this 3rd day of March, 2014.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE